|  | TOTAL |  | HIGH | LOW | AVG | MED |  | HIGH | LOW | AVERAGE | MEDIAN | TOTAL PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LISTING COUNT: 101 | | DAYS ON MARKET: | 394 | 0 | 42 | 20 | LIST PRICE: | $1,549,000 | $21,000 | $409,021 | $344,900 | $41,311,148 |
|  |  |  |  |  |  |  | SOLD PRICE: | $1,550,000 | $19,200 | $403,719 | $338,500 | $40,775,654 |

| # | MLS # | Area | Status | Address | Asking Price | Sold Price | Price Per SQFT | Listing Date | Closing Date | Age | Apx SqFt | # Acres | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 98566819 | 0200 | Sold | 636 N Morningside Way | $449,000 | $441,000 | $135.11 | 9/5/2014 | 4/28/2015 | 11 - 20 Years | 3264 | 0.280 | 206 |
| 2 | 98572066 | 0200 | Sold | 315 N Haines St. | $277,000 | $250,000 | $136.31 | 11/10/2014 | 3/20/2015 |  | 1834 |  | 104 |
| 3 | 98573401 | 0400 | Sold | 1406-1408 S Johnson | $290,000 | $280,000 | $81.30 | 12/6/2014 | 1/22/2015 |  | 3444 | 0.30 | 38 |
| 4 | 98577966 | 0650 | Sold | 247 Checola Cir | $49,900 | $44,000 | $35.26 | 2/13/2015 | 3/26/2015 | 31 - 50 Years | 1248 | 0.000 | 26 |
| 5 | 98579094 | 1000 | Sold | 2682 E Santo Stefano | $338,500 | $338,500 | $141.63 | 2/26/2015 | 5/4/2015 | 1 -5 Years | 2390 | 0.180 | 17 |
| 6 | 98579442 | 0550 | Sold | 10065 W Arabian Drive | $234,900 | $230,000 | $118.74 | 3/2/2015 | 9/25/2015 | 6 - 10 Years | 1937 | 0.150 | 183 |
| 7 | 98579654 | 0650 | Sold | 4728 N Draft Ave | $179,900 | $179,000 | $119.33 | 3/4/2015 | 4/30/2015 | 11 - 20 Years | 1500 | 0.160 | 23 |
| 8 | 98580398 | 0200 | Sold | 160 N Al Fresco Pl | $1,099,000 | $1,015,000 | $178.45 | 3/11/2015 | 6/17/2015 | 11 - 20 Years | 5688 | 0.520 | 52 |
| 9 | 98582945 | 0600 | Sold | 3366 N Mountain View Dr. | $419,900 | $405,000 | $92.70 | 4/2/2015 | 6/19/2015 | 51 - 80 Years | 4369 | 0.400 | 26 |
| 10 | 98584759 | 0900 | Sold | 1617 N Dunsmuir Way | $435,000 | $435,000 | $127.83 | 4/17/2015 | 5/11/2015 | 21 - 30 Years | 3403 | 0.360 | 2 |
| 11 | 98587514 | 0650 | Sold | 14452 W Battenberg Dr | $264,900 | $265,000 | $106.00 | 5/11/2015 | 6/19/2015 | 11 - 20 Years | 2500 | 0.200 | 2 |
| 12 | 98607122 | 0100 | Sold | 1312 Harrison Blvd | $630,000 | $590,000 | $157.71 | 6/9/2015 | 3/18/2016 | 81+ Years | 3741 | 0.150 | 247 |
| 13 | 98591505 | 0600 | Sold | 10323 W Guinevere Dr. | $139,900 | $139,900 | $122.72 | 6/16/2015 | 7/17/2015 | 31 - 50 Years | 1140 | 0.210 | 7 |
| 14 | 98591969 | 1100 | Sold | 986 N Miner Ave | $125,000 | $128,600 | $120.86 | 6/19/2015 | 7/27/2015 | 11 - 20 Years | 1064 | 0.200 | 4 |
| 15 | 98594391 | 0900 | Sold | 2624 N Pronghorn Lane | $899,950 | $870,000 | $188.88 | 7/14/2015 | 1/11/2016 | 11 - 20 Years | 4606 | 1.990 | 123 |
| 16 | 98594368 | 0300 | Sold | 3708 Maze Place | $249,000 | $245,000 | $165.76 | 7/14/2015 | 9/1/2015 | 31 - 50 Years | 1478 | 0.160 | 16 |
| 17 | 98594523 | 0200 | Sold | 618 N Morningside Way | $639,000 | $628,000 | $156.61 | 7/15/2015 | 12/4/2015 | 11 - 20 Years | 4010 | 0.240 | 101 |
| 18 | 98596018 | 0400 | Sold | 6517 W Grunder | $149,900 | $151,000 | $147.03 | 7/30/2015 | 11/18/2015 | 51 - 80 Years | 1027 | 0.230 | 53 |
| 19 | 98597397 | 0100 | Sold | 412 S 13th St. Unit #415 | $349,500 | $332,500 | $202.25 | 8/13/2015 | 9/29/2015 | 6 - 10 Years | 1644 | 0.000 | 26 |
| 20 | 98597426 | 0900 | Sold | 1807 W Sugar Crest St | $699,900 | $699,900 | $122.64 | 8/13/2015 | 1/12/2016 | 6 - 10 Years | 5707 | 1.000 | 107 |
| 21 | 98597872 | 1450 | Sold | 8 Hummingbird Way | $21,000 | $19,200 | $15,118.11 | 8/18/2015 | 9/14/2015 |  |  | 1.270 | 14 |
| 22 | 98598861 | 0950 | Sold | 485 N Nebula | $179,900 | $179,900 | $90.09 | 8/28/2015 | 10/14/2015 | 11 - 20 Years | 1997 | 0.170 | 14 |
| 23 | 98600041 | 1020 | Sold | 4524 Chelmsford | $325,000 | $320,000 | $88.13 | 9/10/2015 | 12/1/2015 | 11 - 20 Years | 3631 | 0.248 | 33 |
| 24 | 98600117 | 0550 | Sold | 11522 W Southview Ct. | $205,000 | $205,000 | $83.13 | 9/11/2015 | 2/29/2016 | 21 - 30 Years | 2466 | 0.420 | 143 |
| 25 | 98602635 | 0100 | Sold | 1525-1531 Brumback | $350,000 | $350,000 | $151.91 | 10/9/2015 | 11/13/2015 |  | 2304 | 0.12 | 2 |
| 26 | 98607581 | 1000 | Sold | 1261 Peacock | $249,900 | $240,000 | $102.13 | 12/22/2015 | 2/12/2016 | 21 - 30 Years | 2350 | 0.230 | 14 |
| 27 | 98607924 | 0400 | Sold | 6922 McMullen | $495,000 | $474,500 | $107.55 | 1/1/2016 | 3/7/2016 | 51 - 80 Years | 4412 | 0.914 | 24 |
| 28 | 98610381 | 0200 | Sold | 4243 E Barber Drive | $820,000 | $820,000 | $201.42 | 2/4/2016 | 3/31/2016 | < 1 Year | 4071 | 0.490 | 6 |
| 29 | 98611632 | 0300 | Sold | 387 E Fairbrook | $339,900 | $335,000 | $129.54 | 2/19/2016 | 5/13/2016 | 21 - 30 Years | 2586 | 0.160 | 52 |
| 30 | 98612652 | 0400 | Sold | 4646 W Hillcrest View Dr. | $649,900 | $649,900 | $135.91 | 3/1/2016 | 7/1/2016 | 31 - 50 Years | 4782 | 0.330 | 58 |
| 31 | 98617495 | 1020 | Sold | 5884 Maximus | $324,900 | $324,900 | $114.32 | 4/14/2016 | 6/2/2016 | 6 - 10 Years | 2842 | 0.190 | 38 |
| 32 | 98618533 | 0200 | Sold | 5440 Branchwood Ct. | $487,500 | $485,500 | $176.87 | 4/22/2016 | 6/3/2016 | 11 - 20 Years | 2745 | 0.220 | 10 |
| 33 | 98619143 | 0600 | Sold | 7888 W Holt Ct. | $180,900 | $174,500 | $109.06 | 4/28/2016 | 7/15/2016 | 21 - 30 Years | 1600 | 0.090 | 45 |
| 34 | 98620873 | 0200 | Sold | 233 N Bene Posto | $1,300,000 | $1,200,000 | $258.01 | 5/12/2016 | 7/19/2016 | 11 - 20 Years | 4651 | 0.420 | 44 |
| 35 | 98622482 | 0400 | Sold | 3700 W Overland | $225,000 |  | $161.54 | 5/25/2016 | 7/17/2017 | 51 - 80 Years |  | 0.28 | 394 |
| 36 | 98625466 | 0550 | Sold | 5346 S Wayland Ave | $383,500 | $378,000 | $135.73 | 6/17/2016 | 10/26/2016 | Under Construction | 2785 | 0.180 | 105 |
| 37 | 98626927 | 0800 | Sold | 5804 N Cobbler | $159,900 | $155,000 | $120.62 | 7/1/2016 | 8/5/2016 | 21 - 30 Years | 1285 | 0.000 | 18 |

1/12/2021     Jeanette S. Kurtz    Case 20-00984-JMM    Doc 16-2    Filed 01/15/21    Entered 01/15/21 11:21:30    Desc
Paragrid Print
Exhibit A - 2015 - 2020 Sales    Page 2 of 3

| | MLS # | Area | Status | Address | Asking Price | Sold Price | Price Per SQFT | Listing Date | Closing Date | Age | Apx SqFt | # Acres | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | 98629992 | 0100 | Sold | 2921 N Arran | $406,000 | $406,000 | $176.91 | 7/28/2016 | 1/19/2017 | 51 - 80 Years | 2295 | 0.430 | 103 |
| 39 | 98630258 | 0550 | Sold | 4228 E Pine Bluff Dr | $419,999 | $414,900 | $133.97 | 8/1/2016 | 9/20/2016 | 6 - 10 Years | 3097 | 0.300 | 19 |
| 40 | 98633405 | 0200 | Sold | 3099 E Stone Point | $319,900 | $310,000 | $206.67 | 8/30/2016 | 10/17/2016 | 31 - 50 Years | 1500 | 0.231 | 17 |
| 41 | 98633961 | 0300 | Sold | 2207 S Leadville | $226,500 | $220,000 | $153.85 | 9/3/2016 | 10/17/2016 | 11 - 20 Years | 1430 | 0.050 | 6 |
| 42 | 98635362 | 0550 | Sold | 6594 S Kirra Way | $269,900 | $265,000 | $141.03 | 9/19/2016 | 11/29/2016 | 1 -5 Years | 1879 | 0.126 | 37 |
| 43 | 98636869 | 0600 | Sold | 3280 N Linda Vista | $203,500 | $199,000 | $139.55 | 10/5/2016 | 11/1/2016 | 21 - 30 Years | 1426 | 0.150 | 14 |
| 44 | 98637704 | 0550 | Sold | 11115 W Petunia | $289,900 | $289,900 | $129.42 | 10/14/2016 | 10/28/2016 | 6 - 10 Years | 2240 | 0.160 | 5 |
| 45 | 98640045 | 1020 | Sold | 5162 N Rothmans | $208,000 | $205,000 | $132.69 | 11/11/2016 | 12/16/2016 | 11 - 20 Years | 1545 | 0.145 | 2 |
| 46 | 98644727 | 0400 | Sold | 3113 W Rose Hill St | $185,000 | | $97.37 | 2/2/2017 | 4/14/2017 | 51 - 80 Years | | 0.15 | 43 |
| 47 | 98644687 | 0300 | Sold | 5813 S Rock Rose Place | $223,900 | $219,000 | $136.36 | 2/2/2017 | 3/13/2017 | 11 - 20 Years | 1606 | 0.180 | 0 |
| 48 | 98645464 | 0600 | Sold | 10565 W Halstead | $81,500 | $81,500 | $65.30 | 2/13/2017 | 2/27/2017 | 31 - 50 Years | 1248 | 0.200 | 1 |
| 49 | 98647844 | 0600 | Sold | 2314 N Bruins | $228,000 | $230,000 | $109.73 | 3/10/2017 | 4/21/2017 | 51 - 80 Years | 2096 | 0.250 | 24 |
| 50 | 98647903 | 0900 | Sold | 1420 N Crosswater Way | $349,000 | $349,000 | $147.76 | 3/11/2017 | 4/11/2017 | 11 - 20 Years | 2362 | 0.230 | 1 |
| 51 | 98650185 | 0650 | Sold | 9413 W Knottingham | $319,900 | $320,000 | $105.12 | 3/31/2017 | 5/5/2017 | 31 - 50 Years | 3044 | 0.250 | 1 |
| 52 | 98651622 | 0900 | Sold | 1129 W Colchester Drive | $445,000 | $450,000 | $164.35 | 4/12/2017 | 5/19/2017 | 11 - 20 Years | 2738 | 0.226 | 3 |
| 53 | 98654041 | 0300 | Sold | 1614 S Leadville | $259,900 | $259,900 | $182.39 | 5/2/2017 | 6/2/2017 | 11 - 20 Years | 1425 | 0.070 | 0 |
| 54 | 98656311 | 0400 | Sold | 4013 Rose Hill | $185,000 | $191,000 | $105.64 | 5/18/2017 | 7/17/2017 | 81+ Years | 1808 | 0.170 | 14 |
| 55 | 98656208 | 0200 | Sold | 2501 E Parkside Dr | $465,000 | $448,000 | $146.79 | 5/18/2017 | 10/10/2017 | 31 - 50 Years | 3052 | 0.264 | 92 |
| 56 | 98657953 | 0550 | Sold | 4807 S Longmoor Ave | $344,900 | $349,900 | $140.98 | 6/1/2017 | 8/9/2017 | 6 - 10 Years | 2482 | 0.200 | 30 |
| 57 | 98662942 | 0800 | Sold | 5813 N Fenwick Ave | $349,900 | $349,900 | $189.65 | 7/12/2017 | 8/23/2017 | New-Never Occupied | 1845 | 0.168 | 30 |
| 58 | 98663234 | 0550 | Sold | 12549 W Castlewood Dr | $294,000 | $287,000 | $262.82 | 7/13/2017 | 8/28/2017 | 51 - 80 Years | 1092 | 0.500 | 3 |
| 59 | 98664235 | 0200 | Sold | 3261 E Boulder Heights | $599,900 | $588,000 | $168.10 | 7/21/2017 | 9/13/2017 | 31 - 50 Years | 3498 | 0.290 | 20 |
| 60 | 98665361 | 0100 | Sold | 4033 N Sandpoint Way | $325,000 | $325,000 | $1,203,703.70 | 7/31/2017 | 1/10/2018 | | | 0.270 | 142 |
| 61 | 98669418 | 1020 | Sold | 4524 N Chelmsford | $379,900 | $375,000 | $103.28 | 9/5/2017 | 10/19/2017 | 11 - 20 Years | 3631 | 0.250 | 9 |
| 62 | 98670719 | 0200 | Sold | 214 S Straughan | $299,900 | $295,000 | $230.47 | 9/15/2017 | 11/8/2017 | 21 - 30 Years | 1280 | 0.020 | 24 |
| 63 | 98673493 | 0300 | Sold | 5986 S Schooner | $999,999 | $999,999 | $155.33 | 10/13/2017 | 1/5/2018 | 11 - 20 Years | 6438 | 0.690 | 46 |
| 64 | 98674602 | 0200 | Sold | 2017 E Mortimer | $369,900 | $381,000 | $218.59 | 10/26/2017 | 11/9/2017 | 31 - 50 Years | 1743 | 0.270 | 3 |
| 65 | 98675382 | 0550 | Sold | 8856 W Desert Edge Dr | $209,900 | $209,000 | $145.64 | 11/6/2017 | 1/12/2018 | 11 - 20 Years | 1435 | 0.170 | 29 |
| 66 | 98677046 | 0300 | Sold | 544 E Pennsylvania | $150,000 | $149,500 | $169.31 | 11/30/2017 | 1/12/2018 | 21 - 30 Years | 883 | 0.000 | 5 |
| 67 | 98678667 | 0900 | Sold | 5982 W Founders | $439,900 | $434,000 | $166.99 | 12/26/2017 | 4/20/2018 | 1 -5 Years | 2599 | 0.250 | 69 |
| 68 | 98686156 | 0200 | Sold | 487 N Morningside | $600,000 | $585,000 | $1,125,000.00 | 3/23/2018 | 4/26/2018 | | | 0.520 | 11 |
| 69 | 98687729 | 0100 | Sold | 812 E Hearthstone | $909,000 | $860,000 | $245.57 | 4/6/2018 | 6/29/2018 | 31 - 50 Years | 3502 | 0.730 | 61 |
| 70 | 98688988 | 0300 | Sold | 2048 S Crystal | $279,900 | $301,000 | $206.73 | 4/17/2018 | 4/25/2018 | 51 - 80 Years | 1456 | 0.480 | 4 |
| 71 | 98690056 | 0100 | Sold | 4515 N Keldoon | $729,000 | $718,000 | $183.54 | 4/26/2018 | 9/7/2018 | 31 - 50 Years | 3912 | 0.260 | 103 |
| 72 | 98690373 | 0100 | Sold | 1207 W Fort | $425,000 | $408,000 | $316.03 | 4/27/2018 | 6/2/2018 | 11 - 20 Years | 1291 | 0.000 | 5 |
| 73 | 98692181 | 0900 | Sold | 4441 N Croft | $949,000 | $901,550 | $180.74 | 5/11/2018 | 7/27/2018 | 21 - 30 Years | 4988 | 5.002 | 63 |
| 74 | 98692464 | 0400 | Sold | 4701 W Hillcrest View | $639,000 | $625,000 | $165.69 | 5/15/2018 | 8/2/2018 | 51 - 80 Years | 3772 | 0.360 | 49 |
| 75 | 98692625 | 0300 | Sold | 2035 S Creekside Lane | $600,000 | $595,000 | $253.30 | 5/16/2018 | 6/18/2018 | 31 - 50 Years | 2349 | 0.398 | 6 |
| 76 | 98697651 | 0900 | Sold | 2248 E DUNYON | $290,000 | $252,000 | $142.86 | 6/25/2018 | 10/21/2018 | 51 - 80 Years | 1764 | 1.410 | 89 |
| 77 | 98697825 | 0100 | Sold | 1101 N 22nd | $599,900 | $599,900 | $299.95 | 6/27/2018 | 11/2/2018 | 51 - 80 Years | 2000 | 0.150 | 88 |

| | MLS # | Area | Status | Address | Asking Price | Sold Price | Price Per SQFT | Listing Date | Closing Date | Age | Apx SqFt | # Acres | DOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 98702758 | 0300 | Sold | 2608 E Bergeson | $369,900 | $364,900 | $195.45 | 8/8/2018 | 9/17/2018 | 21 - 30 Years | 1867 | 0.210 | 12 |
| 79 | 98702760 | 1020 | Sold | 2225 N Josie | $324,900 | $330,000 | $166.25 | 8/8/2018 | 9/5/2018 | 11 - 20 Years | 1985 | 0.184 | 9 |
| 80 | 98705589 | 1030 | Sold | 4913 N Bolsena | $539,000 | $525,000 | $140.30 | 9/4/2018 | 1/9/2019 | < 1 Year | 3742 | 0.219 | 93 |
| 81 | 98708374 | 0400 | Sold | 3936 W Greenbrier | $344,900 | $344,900 | $188.06 | 9/28/2018 | 12/7/2018 | 51 - 80 Years | 1834 | 0.251 | 45 |
| 82 | 98709246 | 0400 | Sold | 4950 W Hillcrest View | $225,000 | $232,605 | $206.58 | 10/8/2018 | 11/5/2018 | 11 - 20 Years | 1126 | 0.110 | 3 |
| 83 | 98709651 | 0500 | Sold | 7089 W Hollilynn | $895,000 | $873,000 | $236.20 | 10/11/2018 | 11/8/2018 | 31 - 50 Years | 3696 | 4.970 | 13 |
| 84 | 98715215 | 1270 | Sold | 1635 W Streamside Ave | $249,900 | $255,000 | $152.88 | 12/26/2018 | 1/11/2019 | 11 - 20 Years | 1668 | 0.360 | 2 |
| 85 | 98718707 | 0800 | Sold | 4912 W Hill | $457,500 | $438,900 | $154.05 | 2/8/2019 | 6/3/2019 | 51 - 80 Years | 2849 | 0.210 | 69 |
| 86 | 98722325 | 0100 | Sold | 1209 N 22nd | $525,000 | $586,000 | $422.49 | 3/19/2019 | 4/12/2019 | 81+ Years | 1387 | 0.140 | 2 |
| 87 | 98723121 | 0100 | Sold | 1801 N 24th | $600,000 | $629,000 | $199.56 | 3/27/2019 | 5/7/2019 | 31 - 50 Years | 3152 | 0.340 | 5 |
| 88 | 98726695 | 0300 | Sold | 2790 S Harmony | $459,900 | $470,000 | $299.36 | 4/25/2019 | 6/11/2019 | 31 - 50 Years | 1570 | 0.230 | 20 |
| 89 | 98731440 | 1010 | Sold | 1565 S Black Cat | $279,900 | $280,700 | $202.96 | 5/30/2019 | 7/2/2019 | 31 - 50 Years | 1383 | 1.000 | 5 |
| 90 | 98732508 | 1020 | Sold | 5373 N Castle Creek | $259,900 | $271,000 | $210.08 | 6/6/2019 | 7/12/2019 | 11 - 20 Years | 1290 | 0.181 | 4 |
| 91 | 98735576 | 0800 | Sold | 5108 N Marsh | $428,900 | $435,000 | $196.39 | 6/28/2019 | 7/26/2019 | 21 - 30 Years | 2215 | 0.140 | 2 |
| 92 | 98735402 | 0400 | Sold | 3518 W Wood Acres | $359,000 | $375,000 | $210.08 | 6/28/2019 | 7/23/2019 | 51 - 80 Years | 1785 | 0.200 | 3 |
| 93 | 98736199 | 0300 | Sold | 2249 E Gossamer | $579,900 | $570,500 | $198.43 | 7/5/2019 | 10/15/2019 | 21 - 30 Years | 2875 | 0.160 | 75 |
| 94 | 98736291 | 1020 | Sold | 2023 E Sharptail St | $311,900 | $311,900 | $175.03 | 7/5/2019 | 11/18/2019 | New-Never Occupied | 1782 | 0.080 | 103 |
| 95 | 98738642 | 0600 | Sold | 7927 W. Queen Ct. | $210,000 | $210,000 | $187.50 | 7/25/2019 | 8/23/2019 | 21 - 30 Years | 1120 | 0.070 | 1 |
| 96 | 98741626 | 0550 | Sold | 8856 W Desert Edge | $259,900 | $275,000 | $191.64 | 8/20/2019 | 9/19/2019 | 11 - 20 Years | 1435 | 0.170 | 6 |
| 97 | 98744214 | 1020 | Sold | 1414 E Handel St. | $272,000 | $283,000 | $198.60 | 9/13/2019 | 10/4/2019 | 11 - 20 Years | 1425 | 0.200 | 4 |
| 98 | 98758008 | 0900 | Sold | 4894 N Curlew Lane | $1,549,000 | $1,550,000 | $197.78 | 2/21/2020 | 7/29/2020 | 11 - 20 Years | 7837 | 10.230 | 130 |
| 99 | 98758799 | 1000 | Sold | 3867 S Leanato | $429,900 | $460,000 | $154.67 | 2/28/2020 | 3/25/2020 | 11 - 20 Years | 2974 | 0.274 | 3 |
| 100 | 98764863 | 0600 | Sold | 9653/9655 W Landmark St | $525,000 | $513,500 | $165.81 | 4/24/2020 | 8/21/2020 | | 3097 | 0.19 | 78 |