Case 20-00984-JMM    Doc 16-3    Filed 01/15/21    Entered 01/15/21 11:21:30    Desc
Exhibit B - Letter of Recommendation    Page 1 of 1

Jeanette S. Kurtz



December 23, 2020

To whom it may concern:

I have had the pleasure of working with Jeanette Kurtz for over the past 12 years. In this time, she epitomizes the highest ethical and professional standards of practice I hold within my company.

Jeanette's ability to listen to her client's needs, read the situation and ask the right question has enabled her to be among the top 1% of professional Realtors in our market. Her integrity is unyielding, and she always put her client's interest above everything else.

Her experience is also among the top 1% of practicing Realtors in our market too. Her clientele includes but is not limited to, Buyers, Sellers, Builders, Developers, Trusts w/Personal Representatives, Relocation Companies, Top Executives in well know local companies to first time home buyers. While residential resale is her primary business the past 24 years in service to her clientele, she is versed in Commercial, Agricultural, New Construction, Rural, Real Estate Investment, and property flipping to name a few.

I appreciate her ingenuity and business savvy. Some additional services she provides to her clients and Realtor peers include property management and estate sales. These secondary businesses she owns and operates while maintaining a lifetime membership to the Realtors Top Producers Club.

Jeanette is one of my most valued business partner, friend, and mentor. When it comes to helping her peers in the office, she will drop what she is doing to help. She approaches business and life with a Servant Leadership mentality. And her philanthropic ways have (over the past 4yrs) help us give out over 17K in scholarships to student's attending an Idaho higher educational institution, including a myriad of local non-profit subsidies over the past 12yrs with Windermere Real Estate Professionals.

Feel free to contact me if you have any questions whatsoever.

Sincerely,

Jason G. Smith – Broker/Owner
Windermere Real Estate Professionals
208.794.6318